Alice Appelbaum and Another v. Carlton Land Sales Co., Inc., and Another. (David Belson, Plaintiff's Former Attorney, Respondent.) — Motion

granted as indicated in order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.